

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2013

No. 04-13-00504-CV

**EX PARTE** Gabriel **SALAS**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:    Catherine Stone, Chief Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

On July 29, 2013, relator filed a petition for writ of habeas corpus. This court is of the opinion that a serious question concerning the relief sought with respect to relator's contention that he was not informed of his right to counsel or right to request appointed counsel requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than August 23, 2013.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on August 12, 2013.

PER CURIAM

ATTESTED TO: _____
                   Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2011CI06284, styled *In the Interest of C.M.S., et al. Minor Children*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Nick Catoe Jr. presiding.